# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Allanna Warren,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Anthem Blue Cross and Blue Shield,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01341-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to expedite in which she moves for "the expedition of this case." (ECF No. 18). Plaintiff asserts that "[t]he defendant has been served and has not responded or participated in this case at any time." (*Id.* at 1). However, on October 31, 2023, the Court screened Plaintiff's complaint, dismissing it without prejudice and with leave to amend. (ECF No. 8 at 8). The Court gave Plaintiff until November 29, 2023 to file an amended complaint. (*Id.*).

To date, Plaintiff has not filed an amended complaint, meaning there is no operative complaint in this action. Additionally, because the complaint has not passed screening, the Court has not issued summons for Plaintiff to serve on the Defendant. Because it appears that Plaintiff was confused about the amended complaint requirement, the Court finds good cause and excusable neglect to give Plaintiff additional time to file her amended complaint. *See* Fed. R. Civ. P. 6(b); *see* LR IA 6-1(a).

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to expedite (ECF No. 18) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **February 16, 2024** to file an amended complaint. **Failure to comply with this order may result in a recommendation of dismissal to the district judge.** The Clerk of Court is kindly directed to mail Plaintiff a copy of this order.

DATED: January 18, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE